AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION


Filed
1-6-12

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| PHILLIP BEYEL | CASE NUMBER: 6:12-mj- 1008 |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. Beginning on a date unknown to the United States, but no later than August 2011, and continuing until on or about December 31, 2011, in Brevard County, in the Middle District of Florida, and elsewhere, the defendant(s) did,

> knowingly and intentionally employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct using materials that have been mailed, shipped or transported in interstate or foreign commerce

in violation of Title 18, United States Code, Section(s) 2251(a). I further state that I am a(n) Task Force Agent with ICE/HSI, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Michael Spadafora

Sworn to before me and subscribed in my presence,

January 6, 2012      at      Orlando, Florida

THE HONORABLE GREGORY J. KELLY
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

STATE OF FLORIDA  
COUNTY OF ORANGE

CASE NO. 6:12-mj- 1008

## AFFIDAVIT

I. Introduction

I, Michael R. Spadafora, after being duly sworn, depose and state:

1. I am a Task Force Agent with United States Immigration and Customs Enforcement, Homeland Security Investigations (ICE/HSI). I am currently employed by the Brevard County Sheriff's Office and assigned to the Special Victims Unit to investigate Internet crimes against children, and I have been a sworn law enforcement officer in the State of Florida since April 27, 1998. In November 2007, I was assigned as a Task Force Agent with ICE/HSI, and I am currently assigned to the ICE/HSI Office of the Resident Agent in Charge, Cocoa Beach, Florida. I am a cross-designated law enforcement officer of the United States within the meaning of Title 19, United States Code, Section 1401(I), and I am empowered to investigate and make arrests for violations of U.S. criminal laws within the meaning of Title 18, United States Code, Section 2510(7).

2. As a Task Force Agent, my responsibilities include investigating possible criminal violations of federal child pornography, child abuse, and child exploitation laws. I have received over 400 hours of specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating

1

federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252, and 2252A. I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have prepared search warrant affidavits and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software and electronically stored information.

3. This affidavit is submitted in support of a criminal complaint charging **PHILLIP BEYEL** with violations of Title 18, United States Code, Section 2251(a). As set forth in more detail below, I believe there is probable cause that **BEYEL** produced sexually explicit images of minors and child pornography using materials that had been mailed, shipped, or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

5. Title 18, United States Code, Section 2252A prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or

possessing any child pornography, as defined in Title 18, United States Code, Section 2256(8), when such child pornography was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce.

II.     Investigation

6.     On January 1, 2012, the Brevard County Sheriff's Office (BCSO) was contacted concerning a complaint about the possible sexual solicitation of a minor. BCSO Deputy Coppola then met with T.S., the mother of the victim, and her daughter S.D., the victim's adult sister. T.S. and S.D. told the deputy that their 13-year-old daughter/sister, K.J., had obscene text messages from a family friend, **BEYEL**, who T.S. and S.D. knew to be approximately 27 years old. Following that initial meeting with the deputy, the BCSO assigned the case to Agent Aja Stake.

7.     On January 1, 2012, Agent Stake met with T.S. and S.D. According to T.S. and S.D., on December 31, 2011, S.D. was spending New Years Eve with her 13-year-old sister, K.J., at a friend's house. K.J. was showing S.D. several pictures on K.J.'s iPhone of clothing she was given for Christmas. S.D. then began to look through K.J.'s photographs on the iPhone and discovered a picture of K.J. kissing **BEYEL**. S.D. asked K.J. about the photograph and K.J. denied that anything other than that picture of the two of them kissing occurred between her and **BEYEL**. S.D. then contacted T.S about the picture, and T.S. said that she was unaware of that type of activity between K.J. and **BEYEL**.

3

8. S.D. then decided to look further into K.J.'s iPhone and began checking K.J.'s text messages. She discovered several text messages between K.J. and a contact named, "My Man," in K.J.'s phone. S.D. knew that contact to be BEYEL based on the photograph of BEYEL attached to the contact information for "My Man." S.D. went through the text message conversations between K.J. and BEYEL, and she discovered text messages where BEYEL requested K.J. to send naked photographs to him, which K.J. did. S.D. also described to Agent Stake a text conversation that she read in which BEYEL and K.J. talked about BEYEL coming to pick K.J. up, and K.J. asking if they were going to go to a hotel. In that text message exchange, BEYEL told K.J. that other persons were not home, and they would have the house to themselves. According to S.D., BEYEL told K.J. in another text message conversation, "I know you are on your period, make sure you clean your butt good so we can try it there." S.D. stated that she went through text messages between BEYEL and K.J. going as far back as early November 2011, and a lot of the messages were sexually explicit in nature. S.D. stated that based on the text messages she had read between BEYEL and K.J., she felt the last time K.J. had been with BEYEL would have been December 31, 2011. According to T.S., BEYEL gave K.J. the above-described iPhone 3G cell phone about six months ago, and BEYEL purchased the iPhone 3G and also maintains the bill for the cell phone.

9. T.S. and S.D. explained that K.J. has been a friend of BEYEL's family for approximately five years. K.J. went to elementary school with BEYEL's daughter, B.B., and they became very good friends. K.J. would spend a lot of time with B.B. and the

entire **BEYEL** family. Approximately three years ago, B.B. passed away from cancer when she was eight years old, and K.J. has remained friends with the **BEYEL** family even after the passing of their daughter. **BEYEL** has another daughter, A.B., who is now approximately eight years old, with whom K.J. continued to be friends. K.J. spends a lot of time at the **BEYEL** residence, has spent several nights at their residence, would go out to dinner with them, and also has attended several of their family functions. T.S. explained it would not be out of the ordinary for K.J. to be picked up by **BEYEL** to go back to **BEYEL**'s house.

10. On January 1, 2012, BCSO Agent Mazzone and Agent Stake then conducted an interview with K.J. According to K.J., she turned 13 years old in November 2011. K.J. stated that she knew she was there to talk to the agents about her best friend's dad, **BEYEL**, who she referred to throughout the interview as "P.J." K.J. explained that her best friend, B.B., passed away three years ago from cancer and she now hangs out with B.B.'s little sister, A.B., who is almost nine years old. K.J. stated that she and A.B. hang out often, spend the night together, ride go-carts, and play outside. K.J. also stated that A.B. lives with her father, **BEYEL**, and her mother, H.B.

11. According to K.J., on December 31, 2011, K.J. spent the evening with her sister, S.D., at her sister's boyfriend's mother's house in Merritt Island. K.J. was showing her sister pictures of clothing she had gotten from her biological father for Christmas on K.J.'s iPhone. S.D. then went through K.J.'s pictures and found a picture of K.J. and **BEYEL** kissing. K.J. explained that the picture was taken several months

5

earlier, when they went to the beach with H.B., A.B. and **BEYEL**, sometime before her birthday in November 2011. H.B. and A.B. were not around, and **BEYEL** kissed K.J. and took a picture of them kissing with his iPhone. **BEYEL** then sent that picture to K.J.'s iPhone, and that was how the picture ended up on her phone. K.J. stated that she has **BEYEL** listed as "My Man" as the contact name on her phone, and explained that when she was younger she had a crush on him, and that was what she had decided to put as the contact name. K.J. stated that several months ago **BEYEL** bought her an iPhone so he could talk to her. According to K.J., **BEYEL** started sending her sexually explicit text messages from his iPhone, and the two of them had sexually explicit conversations together, both through text messages and telephone conversations. K.J. stated that she had also sent **BEYEL** nude photographs of herself to his iPhone, although she could not recall if **BEYEL** had sent her any nude photographs of himself.

12. According to K.J., her relationship with **BEYEL** then progressed into a sexual relationship. K.J. stated that the first time she had sexual contact with **BEYEL** was sometime after school had started, but before her thirteenth birthday, when she was 12 years old. K.J. explained that **BEYEL** picked her up at her house in his red truck and took her back to his house. K.J. believed it was a weekend day, and H.B. was in the hospital and A.B. was at H.B.'s mother's house. K.J. stated that when they went to **BEYEL**'s house, the two of them watched some television, got something to eat and then went into **BEYEL**'s room. **BEYEL** then started touching K.J.'s buttocks with his hands with her clothes still being on. **BEYEL** told K.J. he wanted to have sex with her,

6

and she didn't know what to say to him, so she stated, "It kind of happened." K.J. explained that the two of them were in BEYEL's bed naked, and BEYEL licked her vagina and inserted his penis into her vagina. K.J. stated that BEYEL was not wearing a condom at the time, and she did not believe he ejaculated inside of her. K.J. stated that she "kind of" felt like BEYEL forced her to have sex, and she stated that she did not say no or yes to having sex, but just went along with it because she was scared.

13. Following that first sexual contact, K.J. continued to talk to BEYEL, both through text messages and telephone conversations. K.J. continued to stay the night at the BEYEL family residence. K.J. stated that the second time she and BEYEL had a sexual encounter was the same type of circumstances as the first time. K.J. believed it was a weekend day, H.B. was in the hospital again, and A.B. was at H.B.'s mother's house. K.J. stated that it was after the first incident, but still before her thirteenth birthday. K.J. explained that BEYEL picked her up from her house in H.B.'s black, four-door car. K.J. stated that she and BEYEL again went into his room and engaged in vaginal sex.

14. K.J. then explained that the last sexual contact BEYEL had with her occurred on December 31, 2011. K.J. stated that BEYEL came and picked her up from her house around 10:00 a.m. in H.B.'s black car. K.J. stated that the two of them went to what she believed to be the Holiday Inn in Cocoa, Florida, near the McDonald's on SR 520. BEYEL went inside of the hotel and got the room, while K.J. waited in the car. BEYEL came out of the hotel to get K.J., and the two of them went back in the hotel, to a room on the first floor. While they were in the room, BEYEL had K.J. perform oral sex

7

on him. BEYEL then performed anal sexual intercourse on K.J., because, according to K.J., she was menstruating. K.J. stated that the anal sex was painful, and K.J. told BEYEL to stop, so he did. However, while BEYEL was having anal sex with K.J., she saw the light from his iPhone and she believed that BEYEL was either taking a picture or video-taping the anal sex. When BEYEL stopped, K.J. went to the bathroom and she removed the tampon she had inside of her. When K.J. got out of the bathroom, BEYEL then asked her if they could have vaginal sex, she told him she was on her menstrual cycle, but he had vaginal sex with her anyway. K.J. stated that BEYEL was not wearing a condom, and ejaculated on a towel. K.J. stated that when they were done having sex, she put her clothes back on, he drove her to a Sonic fast food restaurant to get something to eat, and then they ate their food while parked in a car wash parking lot. BEYEL then dropped K.J. off at home. As a result of the anal sex, K.J. stated that after she got home she continued to have pain in her rectum, which was bleeding.

15. K.J. stated both her iPhone and BEYEL's iPhone contain numerous sexual conversations, including text message conversations about the times they actually had sex. K.J. stated that she had never talked to anyone about what had happened, because she was afraid she and BEYEL would get into trouble. K.J. did not feel that she completely consented to the sexual activity between the two of them. K.J. stated that she did not actually feel like she had to do it, and that it was more like she "just went along with it." K.J. stated that BEYEL never threatened her. K.J. explained that she does not feel that BEYEL is her boyfriend, although she does love him and

8

knows he loves her too. K.J. stated that BEYEL told her that he wants to marry her when she turns eighteen.

16. K.J. also described how BEYEL told her that H.B.'s cousin's daughter, "Alyssa", has a crush on him. K.J. stated that "Alyssa" is about eight years old and has been sending BEYEL naked photographs of her to BEYEL's iPhone. K.J. stated that BEYEL showed her the naked photographs of "Alyssa" on his iPhone.

17. Following the interview on January 1, 2012, a sexual assault examination was completed on K.J. and there was a tear found on her rectum, consistent with the anal sex described by K.J.

18. On January 1, 2012, a controlled telephone call was conducted between K.J. on her iPhone to BEYEL on his iPhone. During that conversation, K.J. discussed that her "butt was still bleeding." When K.J. confronted BEYEL with that information, they discussed that if K.J. had to go to the doctor that she could not tell them that the injury was caused by the two of them having sex. BEYEL responded with, "Hell no you can't, I'll go to jail. Oh my God, you got me scared." BEYEL told K.J. she would have to tell them that she had stuck something in her butt, experimenting. BEYEL told K.J., "Oh my God, you got me scared. You can't tell them what happened; I'll be going to jail." BEYEL told her, "We've never done it that way before, maybe we shouldn't of." BEYEL ended the conversation with K.J., telling her to text him and let him know how everything was going and that he loved her.

19. On January 2, 2012, Agent Mazzone and Agent Stake conducted surveillance on BEYEL's residence located in Cocoa, Florida. After a period of

surveillance, Agent Stake called K.J. and asked her if she would be willing to participate in a controlled text message conversation with BEYEL in order to get him out of his residence. K.J. agreed, and she initiated a text messaging conversation with BEYEL, and then with BEYEL's daughter. As a result of the text message conversation, BEYEL agreed to pick K.J. up from her residence, with the belief that K.J. would be spending the night with A.B. at BEYEL's home. At about 3:45 p.m., Agent Mazzone and Agent Stake saw a vehicle matching K.J.'s description of H.B.'s black car heading from the direction of BEYEL's house. Agent Stake got behind the vehicle and confirmed with the BCSO Communications Center that the registered owner of the car was indeed H.B. Agent Mazzone and Agent Stake then pulled the vehicle over. BEYEL was driving the vehicle. Agent Mazzone then placed BEYEL under arrest for Lewd or Lascivious Battery, based upon his sexual contacts with K.J.

20. When Agent Mazzone placed BEYEL under arrest, Agent Mazzone saw an iPhone 4 on the center console of the car that matched K.J.'s description of BEYEL's iPhone used to take video or pictures of BEYEL having anal sex with K.J., and the same iPhone that BEYEL also used to communicate with K.J. concerning their sexual relationship. Agent Mazzone asked H.B., who was in the passenger seat of the car, whether that was BEYEL's iPhone, and H.B. said that it was. Accordingly, Agent Mazzone took possession of the iPhone and eventually placed it into evidence in a secure, metal container, as it is possible to remotely delete data from an iPhone.

21. On January 4, 2012, Agent Stake obtained a state search warrant to conduct a forensic examination of the iPhone 4 described in the previous paragraph. A

forensic examination was then conducted on that iPhone 4. During that examination, eight videos of the sexual acts between BEYEL and K.J. were recovered. The videos are described as follows:

 a. Video that shows a close-up of the K.J.'s vagina.

 b. Video that shows K.J. wearing only a white bra. The video also shows K.J.'s vagina being penetrated by a penis. A male voice is heard asking her if it hurts while the video turns to K.J.'s face.

 c. Video that shows K.J. masturbating a male's penis to ejaculation.

 d. Video that shows K.J. performing oral sex on an adult male.

 e. Video that shows an adult white male penetrating the rectum of K.J.

 f. Video that shows an adult white male having anal sexual intercourse with K.J., where K.J. appears to be in pain.

 g. Video that shows an adult white male having anal sexual intercourse with K.J. In the video, K.J. can be heard saying, "ow."

 h. Video that shows an adult white male having anal intercourse with K.J. In the video, the male asked if it hurts, and K.J. answers, "Yes."

### III. Conclusion

22. I believe that probable cause exists that BEYEL produced sexually explicit images of minors and child pornography using materials that had been mailed, shipped,

or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

Michael Spadafora
Task Force Agent
Homeland and Security Investigations

Sworn to and subscribed before me this 6th day of January, 2012.

The Honorable Gregory J. Kelly
United States Magistrate Judge