# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

PHILLIP BEYEL

Case No. 12-1008

AUSA: Dan Irick
Defense Atty.: Stephen J. Langs

| JUDGE | Gregory J. Kelly United States Magistrate Judge | DATE AND TIME | January 6, 2012 4:22-4:26 |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | TAPE/REPORTER | digital |
| INTERPRETER | | PRETRIAL/PROB: | Suzanne Arwady |

## CLERK'S MINUTES
### INITIAL APPEARANCE ON PC ARREST/COMPLAINT
**Defendant taken into federal custody today**

Case called, appearances made, procedural setting by Court
Dft advised of his rights
Dft requests appointment of counsel/Court appoints FPD
No issue as to identity
Gov summarizes charge/penalties
Gov seeks detention
Dft files waiver of PE hearing
Dft waives detention without prejudice at this time
Dft advised of right to detention and PE hearings
Court to enter order of detention without prejudice
Court adjourned