## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                          Case No.  12-1008

PHILLIP BEYEL

---

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. §  3142(f), a detention hearing has been

held.  The following facts and circumstances require the defendant to be detained pending trial.

The defendant makes no application for release at this time.  A motion for conditions
of release and a detention hearing may be filed at a later date.

### DIRECTIONS REGARDING DETENTION

**PHILLIP BEYEL** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  **PHILLIP BEYEL** shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:   January 6, 2012

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE