

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

PHILLIP BEYEL

CASE NO. 6:12-cr-46-ORL-22·DAB
18 U.S.C. § 2251
18 U.S.C. § 2422(b)
18 U.S.C. § 2253 - Forfeiture
18 U.S.C. § 2428 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 31, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, movie image #4007, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT TWO

On or about December 31, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, movie image #4006, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE

On or about December 31, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, movie image #4005, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR

On or about December 31, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, movie image #4004, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FIVE

On or about December 31, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, movie image #4003, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT SIX

On or about December 31, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and

3

coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, image #4004, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT SEVEN

On or about December 31, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, image #4003, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT EIGHT

On or about December 14, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of

4

producing visual depictions of such conduct, that is, image #1014-0, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT NINE

On or about December 14, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

## PHILLIP BEYEL

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, image #1010-0, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TEN

On or about November 23, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

## PHILLIP BEYEL

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, image #17641-0, using

materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT ELEVEN

On or about August 10, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, image #2236, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT TWELVE

On or about November 23, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, image #17643-0, using materials that have been mailed, shipped or transported in and affecting

interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THIRTEEN

On or about August 10, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

### PHILLIP BEYEL

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, image #2243, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOURTEEN

On or about June 18, 2010, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

### PHILLIP BEYEL

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, image #1034, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

7

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FIFTEEN

On or about August 23, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, movie image #2580, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT SIXTEEN

On or about August 23, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, movie image #2579, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT SEVENTEEN

On or about August 23, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, movie image #2576, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT EIGHTEEN

On or about August 10, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, movie image #2233 using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT NINETEEN

On or about August 10, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, image #225, using materials that have been mailed, shipped or transported in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWENTY

On or about December 31, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**PHILLIP BEYEL**

the defendant herein, did use a facility and means of interstate commerce, namely, mobile telecommunication, to knowingly persuade, induce, and entice an individual who had not attained the age of 18 years to engage in a sexual activity for which any person could be charged with a criminal offense under Florida law, namely, Lewd or Lascivious Battery, a violation of F.S. 800.04.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE

1.  The allegations contained in Counts One through Nineteen of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.  From his engagement in the violations alleged in Counts One through Nineteen of this Indictment, the defendant, PHILLIP BEYEL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

    a.  Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

    b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

3.  The allegations contained in Count Twenty of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

11

4.      Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422, the defendant, PHILLIP BEYEL, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

5.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

       a.   cannot be located upon the exercise of due diligence;

       b.   has been transferred or sold to, or deposited with, a third person;

       c.   has been placed beyond the jurisdiction of the Court;

       d.   has been substantially diminished in value; or

       e.   has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 2253(b) and 2428.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____ for:
Karen L. Gable
Assistant United States Attorney
Deputy Chief, Criminal Division

By: _____ for:
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division