UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:12-cr-46-Orl-22DAB

PHILLIP BEYEL

## NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals:

Stephen J. Langs
Keplar B. Funk

Dated: February 23, 2012

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: *s/ Carlos A. Perez-Irizarry*
Carlos A. Perez-Irizarry
Assistant United States Attorney
Florida Bar No 861251
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:       carlos.perez5@usdoj.gov