UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                       CASE NUMBER: 6:12-cr-46-Orl-22-DAB

PHILLIP BEYEL,

    Defendant.
_____/

## MOTION TO SET REASONABLE BAIL

**COMES NOW** the Defendant, **PHILLIP BEYEL,** by and through his undersigned counsel of record, Rick L. Jancha, and requests that this Court, pursuant to the provisions of Title 18, United States Code, Section 3142(a), set reasonable conditions of pretrial release pending trial in this matter; and his grounds therefore would state:

1. On December 31, 2011, Mr. Beyel was arrested on state charges in Brevard County, Florida, as a result of the underlying investigation in this case. Mr. Beyel posted bail in that matter and retained counsel.

2. On January 6, 2012, Mr. Beyel was arrested, in the instant case, by the same investigative agents pursuant to a federal Complaint that was issued based upon the same underlying investigation (D.-1).

3. On January 6, 2012, Mr. Beyel preliminarily waived his right to a bail hearing and agreed to entry of a Temporary Order of Detention Without Prejudice (D.-6).

4. On February 22, 2012, the federal grand jury returned an Indictment (D.-18).

5. On February 29, 2012, arraignment was held and trial of this matter was set for April 2, 2012.

6. Mr. Beyel requests that this Court set a reasonable bail in this case based in part upon the following factors:

   a.  Mr. Beyel is 27 years of age and having been born in Rockledge, Florida is and has remained a lifetime resident of Brevard County in the Middle District of Florida.

   b. Mr. Beyel has been married to Holly E. Beyel for eight years. They have had two children. One of their children passed away approximately 2 years ago of cancer. They currently have a daughter who resides with them and is 8 years old.

   c. Mr. and Mrs. Beyel and their daughter reside in their marital home which was purchased approximately 8 years ago and is located in Cocoa, Florida.

   d. Mrs. Beyel suffers from a yet undiagnosed debilitating physical ailment and for the past two years has been unable to work outside the home.

   e. Mr. Beyel is the sole support of his family. He has worked for the past 11 years for Beyel Brothers, Inc. This is a business owned and operated by his father and uncle. Mr. Beyel is a Specialized Heavy Lift and Transportation Supervisor. He has traveled around the United

States and the world in the performance of his job duties. Mr. Beyel has worked transporting the space shuttle and solid rocket boosters for NASA.

f. If released on bail, Mr. Beyel's employment remains available to him.

g. Mr. Beyel's wife and parents agreed to act as co-signers for any bail amount that may be set by this Court. In addition, they agreed to act as third-party custodians, if so required.

h. Mr. Beyel agrees to GPS monitoring while on release and any curfew or other restrictions as may be determined appropriate by the Court.

7. The United States Attorney's Office opposes this request.

WHEREFORE, the Defendant prays that after such notice and hearing as is necessary herein that the Court set a reasonable bail authorizing his release pending a final resolution of this case.

Respectfully submitted:

s/Rick L. Jancha
Rick L. Jancha, Esquire
Florida Bar Number: 0973394
Mark E. NeJame, Esquire
Florida Bar Number: 310931
Attorneys for Defendant
NeJame, LaFay, Jancha, Ahmed, Barker, Joshi & Moreno, P.A.
189 South Orange Avenue, Suite 1800
Orlando, Florida 32801
Telephone: (407) 245-1232
Facsimile: (407) 802-1615
E-mail: JanchaR@nejamelaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 29th, day of February, 2012, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Assistant United States Attorney, Carlos A. Perez-Irizarry, U.S. Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805.

        s/Rick L. Jancha
        Rick L. Jancha, Esquire
        Florida Bar Number: 0973394
        Mark E. NeJame, Esquire
        Florida Bar Number: 310931
        Attorneys for Defendant
        NeJame, LaFay, Jancha, Ahmed, Barker,
        Joshi & Moreno, P.A.
        189 South Orange Avenue, Suite 1800
        Orlando, Florida 32801
        Telephone: (407) 245-1232
        Facsimile: (407) 802-1615
        E-mail: JanchaR@nejamelaw.com