

# Exhibit List

___Government  ___Plaintiff  ✓Defendant  ___Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 1 Composite | 3-7-12 | 3-7-12 | | | letters of reference |
| 2 | 3-7-12 | 3-7-12 | Phillip Beyel, Sr. | | article |
| 3 | 3-7-12 | 3-7-12 | | | Vital Statistics |

Case Number: 12 cr 46 Orl-22 DAB   Style: USA -v- Phillip Beyel