UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:12-cr-46-Orl-22DAB
     (Forfeiture)

PHILLIP BEYEL

### NOTICE TO COURT REGARDING FORFEITURE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice to the Court that it will not seek criminal forfeiture of the iPhone 4 more specifically identified as subject to forfeiture in the defendant's plea agreement, (Doc. 41 at 6), because the Brevard County Sheriff's Office is forfeiting the phone in state court proceedings.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:   *s/ Nicole M. Andrejko*
      Nicole M. Andrejko
      Assistant United States Attorney
      Florida Bar Number 0820601
      501 West Church Street, Suite 300
      Orlando, Florida 32805
      Telephone:   (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail:      Nicole.Andrejko@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 5, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Rick L. Jancha, Esquire

         s/Nicole M. Andrejko
         Nicole M. Andrejko
         Assistant United States Attorney
         Florida Bar No. 0820601
         501 West Church Street, Suite 300
         Orlando, Florida 32805
         Telephone: (407) 648-7500
         Facsimile: (407) 648-7643
         E-Mail:  Nicole.Andrejko@usdoj.gov