UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                         CASE NUMBER: 6:12-cr-46-Orl-22-DAB

PHILLIP BEYEL,

     Defendant.

_____/

## SENTENCING MEMORANDUM AND REQUEST FOR VARIANCE FROM ADVISORY SENTENCING GUIDELINES

**COMES NOW** the Defendant, **PHILLIP BEYEL,** by and through his undersigned counsel of record, Rick L. Jancha, and hereby submits the following Sentencing Memorandum and Request for a Variance from the Applicable Advisory Guideline Range. This Memorandum is being filed pursuant to Rule 32 of the Federal Rules of Criminal Procedure.

## INTRODUCTION

On December 31, 2011, Mr. Beyel was arrested on state charges in Brevard County, Florida, as a result of the underlying investigation in this case. He posted bail in that matter and retained counsel. Those charges remain pending.

On January 6, 2012, he was rearrested by federal authorities pursuant to a federal Criminal Complaint. He has remained in federal custody since that time. On September 25, 2012, he entered a plea of guilty to Counts 1 and 20 of the Indictment. Sentencing is set for February 14, 2012.

**REQUEST FOR VARIANCE FROM ADVISORY GUIDELINE RANGE
PURSUANT TO TITLE 18, UNITED STATES CODE, § 3553, AND *BOOKER vs.
UNITED STATES*, 543 U.S. 220 (2005)**

The Defendant respectfully submit that a variance from the applicable advisory Guideline Range is appropriate in this case. In the Sentencing Reform Act of 1984, Congress set for a number of factors to be considered by Courts in determining an appropriate sentence. One such factor was the guideline sentence.

In *Booker, supra,* the position of the Sentencing Reform Act that required sentencing courts to follow the guidelines was changed to an "Advisory" regime under which the Guidelines should still be considered by the Courts, but do not automatically control the ultimate sentencing determination. As Justice Breyer observed, this was a new discretionary regime that requires a sentencing court to consider Guideline ranges and that permits the Court to tailor a sentence in light of other statutory concerns as well. The result was that the Supreme Court was authorizing sentences to fall outside the Advisory Guideline range, so long as such a sentence was reasonable.

The undersigned counsel would respectfully submit that the proposed Advisory Guideline Range of 324 to 405 months' imprisonment (or as later corrected/ modified by the Court at sentencing), is excessive and greater than necessary to accomplish the purpose of punishment. This is especially true for a first-time felony offender with significant mental health issues.

## THE NATURE AND CIRCUMSTANCES THE OFFENSE AND THE HISTORY AND CHARACTERISTICS OF THE DEFENDANT, 18 U.S.C., § 3553(a)(1)

The Sentencing Reform Act instructs the Court to consider the "nature and characteristics of the offense." 18 U.S.C. § 3553(a)(1). There is no question that this is a very serious offense for which there exists no legal excuse. Mr. Beyel has fully accepted responsibility for this offense since the inception of this case. First and foremost in his mind (as conveyed to the United States government through counsel) was his desire to not cause any additional trauma or distress to the victim.

The Sentencing Reform Act also instructs the Courts to consider the "history and characteristics of the defendant." Apart from consideration of criminal history, the mandatory Guidelines gave courts little room to satisfy the statutory mandate, and almost no room to consider the positive traits of an accused. In rendering the Guidelines advisory, *Booker, supra*, properly restored the Court's discretion to take into account the whole person and that person's background and history when meting out punishment.

## TITLE 18, UNITED STATES CODE § 3553 FACTORS

Title 18, United States Code, § 3553(a) provides, in relevant part:

**Factors to be considered in imposing this sentence**- the Court shall impose a sentence sufficient but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider-

    (1) The nature and circumstances of the offense and the history and characteristics of the defendant;

    (2) The need for the sentence imposed:
        (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
        (B) to afford adequate deterrence to criminal conduct;

(C) to protect the public from further crimes of the defendant; and

(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available;

(4) the kinds of sentence and sentencing range established…;

(5) any pertinent [Sentencing Commission] policy statement…"

(6) The need to avoid unwarranted sentence disparities among the defendants with similar records who have been found guilty of similar conduct; and

(7) The need to provide restitution to any victims of the offense.

## LETTERS OF REFERENCE IN SUPPORT OF THEN HISTORY AND CHARACTERISTICS OF THE DEFENDANT

Attached hereto and incorporated herein by reference as Composite Exhibit A are letters from individuals who have known Phillip "PJ" Beyel and whose lives have been impacted by him. These letters come from a wide cross-section of the local community. They all describe the "PJ" that they knew. Each of these letters have one common theme: "PJ" is a caring, loving and thoughtful individual who has always put the needs of others before his own. Most also attest to the dedication to his daughter Brittany and her struggle with cancer and the impact that it had upon him. The Defendant is hoping that when the Court fashions a sentence, it is done taking in to account the total picture of who he is and his achievements in life.

## 3553(a) FACTORS IN RELATION TO PHILLIP BEYEL

(a) The Defendant certainly concedes without question the serious nature and circumstances of the offense. He has accepted full responsibility and regrets his actions.

(b) The Defendant's history and characteristics demonstrate a young family man from a hard-working family. "PJ" had heretofore always been a hardworking and generous person. He was someone his friends, neighbors and fellow employees could rely upon. In spite of the tragic death of his daughter Brittany, he continued his employment and his responsibility to his family.

A Psychosexual Evaluation of Mr. Beyel, was conducted of Dr. Amy C. Swan and will be submitted to the Court through the United States Probation Department. Dr. Swan details the physical, sexual and emotional abuse suffered by Mr. Beyel in his youth. With these factors in his emotional make-up, he then had to deal with the tragedy of the loss of his daughter to cancer. As a result of this combination of factors, Mr. Beyel dealt with the emotional pain by self medicating with various controlled substances. His substance abuse dulled the emotional pain. His untreated mental health issues worsened. His judgment became severely clouded. He committed the instant offense.

(c) The Defendant understands this Court must consider the need for the sentence imposed to promote respect for the law and to provide just punishment for the offense. In addition, the sentence must provide adequate deterrence and protect the public from other crimes of the Defendant. Counsel for Mr. Beyel would respectfully submit that the imposition of the 15 year minimum mandatory sentence followed with sex offender probation and the lifetime sanctions to follow clearly could not under any circumstances be considered

lenient and not just punishment.  The deterrent effect of the sentence would be clear.

(d)   The Defendant also understands that the victim in this case will need counseling as a result of his conduct.  Mr. Beyel is committed to making restitution to the best of his ability. He has worked for the past 11 years for Beyel Brothers, Inc. This is a business owned and operated by his father and uncle. Mr. Beyel is a Specialized Heavy Lift and Transportation Supervisor. He has traveled around the United States and the world in the performance of his job duties. Mr. Beyel has worked transporting the space shuttle and solid rocket boosters. A copy of an industry magazine article featuring Beyel Brothers, Inc. and touching on the role of the Defendant is attached hereto as "Defendant's Exhibit B." Upon release from incarceration he will resume his employment and again be a productive member of the community.


## CONCLUSION

The instant offense is tragic.  Unfortunately, many victims of physical, sexual and emotional abuse go undetected and untreated. These individuals suffer through a lifetime of trauma and quite often attempt to deal with their issues by self-medicating with alcohol and/or controlled substances. Tragically, quite often these abused individuals themselves become abusers.

There is no question that Mr. Beyel must be punished for his conduct-society demands it.  Dr. Swan believes that his mental health issues are treatable with counseling

and proper medication. The question becomes how do we as a society treat those victims that fall through the cracks and remain undetected until they themselves act out inappropriately. Do we as a society cast them aside or do we attempt to assist them? Mr. Beyel is clearly in need of treatment. Counsel would respectfully submit that 15 years of incarceration followed by a lifetime of registered sex offender conditions, including counseling, is sufficient and just punishment.

**WHEREFORE**, the Defendant prays that the Court sentence the Defendant to the 15 year minimum mandatory term of incarceration with a recommendation of mental health counseling and treatment.

Respectfully submitted:

s/Rick L. Jancha
Rick L. Jancha, Esquire
Florida Bar Number: 0973394
Mark E. NeJame, Esquire
Florida Bar Number: 310931
Attorneys for Defendant
NeJame, LaFay, Jancha, Ahmed, Barker,
Joshi & Moreno, P.A.
189 South Orange Avenue, Suite 1800
Orlando, Florida 32801
Telephone: (407) 245-1232
Facsimile: (407) 802-1615
E-mail: Rick@nejamelaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the <u>14th</u>, day of January, 2013, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:   Assistant United States Attorney, Carlos A. Perez-Irizarry, U.S. Attorney's Office, 400 W. Washington Street, Suite 300, Orlando, FL 32805.

<u>s/Rick L. Jancha</u>
Rick L. Jancha, Esquire
Florida Bar Number: 0973394
Mark E. NeJame, Esquire
Florida Bar Number: 310931
Attorneys for Defendant
NeJame, LaFay, Jancha, Ahmed, Barker,
Joshi & Moreno, P.A.
189 South Orange Avenue, Suite 1800
Orlando, Florida 32801
Telephone: (407) 245-1232
Facsimile: (407) 802-1615
E-mail: Rick@nejamelaw.com

January 12, 2013

Honorable Anne C. Conway , Chief Judge
United States District Court
Middle District of Florida

Re:  Phillip Joseph  Beyel

Judge Conway,

I am writing to you concerning my son, Phillip "P.J." Beyel.  I do not know where to begin or where this will end.  All I know is that I must  try to let you know about my son and his current difficulties.

I have read the Presentence report and I have also read the report of Dr. Amy Swan.  I do not know how to address the issues raised in the reports.  It is extremely difficult to see how I have failed my son in so many ways.   Words cannot express my horror in the realization that my actions and inactions appear, in no small way, to have contributed to the factors that bring "PJ"  before this Court.

I spent my entire life trying to build a company to pass on to my son.  I can now see what he really wanted and needed was a father.  The illness and death of PJ's daughter Brittany,  devastated  my son.  I figured that the best thing for him to do was to "be a man and work his way through it."  The more depressed  and lethargic he became, the   more work responsibilities we placed on him.  I can now see that this is the worst thing that I could've done.  After reading the Dr.'s report I understand what he was going through and how it affected his behavior.

Since his arrest,  I have spent many hours with my son.  If only I had done that before hand. I can assure you that "PJ"  is devastated by the damage that he has caused.  My son has never been in trouble before.  We as a family now realize that we must address those things that we "swept under the rug" while "PJ" was growing up.  We have a lot of work to do.  When he has completed his sentence, he has the total support of his family, a lifetime job and a home to return to.

All I ask is that this Court realize that "PJ"  is worth saving and is worth being given a second chance.  We all hope that he will be able to receive the counseling that he needs.  I would hope that this Court would consider  sentencing my son to the 15 year minimum sentence to be followed by a lifetime of probation  during which he can get the  continued counseling that he needs.  I would hope that the system does not just lock him away.

With regards,

*Phillip S Beyel*

Phillip Beyel

**Composite Exhibit A**

MON/JAN/14/2013 08:33 AM   Beyel Brothers          FAX No. 3216310371                    P. 002



**MAKING A DIFFERENCE IN THE LIVES OF CHILDREN
FIGHTING LEUKEMIA**

Sheila Beyel, President                                                        Todd McDowell, Vice President

December 28, 2011

Phillip Beyel
5024 Fleetwood Place
Cocoa, FL 32926

Dear Mr. Phillip Beyel,

On behalf of Brittany's Wish I would like to thank you for your generosity in donating your time to
pick up toys at our local donations sites and deliver toys to the storage facility at Arnold Palmer
Hospital in Orlando, Florida along with our other volunteers and staff members this Christmas.
In addition, your help with the tedious set up and dismantling of our event tent at the Fiesta of Brevard
for the past 3 years was an invaluable help to the staff at Brittany's Wish. We will need you again next
year!
We also hope that you will continue to work hard selling raffle tickets for the prizes we collect for all of
our future events as you have in the past 3 years. Our ticket sales are a huge part of the charitable
donations we rely on and in familiarizing our charity's name and purpose to the public .
Your commitment to helping make a difference in the lives of children fighting Leukemia and their
families is sincerely appreciated.

Each year Brittany's Wish continues to advance in its mission of bringing help in the toughest of times
and to offer encouragement and hope to those in the midst of a horrible battle.

The goal of Brittany's Wish is to embrace our families with love, hope, prayer, and encouragement.
With the donations from supporters such as you we will continue to see improvements to our cause.

Please visit our website below for further information regarding our our organization.
www.brittanyswish.org

Thank you again for your generous support to our efforts.

Sincerely,

Todd McDowell
Vice President
Brittany's Wish

Brittany's Wish Inc., P.O. Box 238444, Cocoa, FL 32923
(321) 794-2270 or (321) 302-6011
www.brittanyswish.org

**Rev. Robert and Judy Willeke**

**100 Riverside Drive #902**

**Cocoa, Florida 32922**

**Ph. 321-446-4656**

To: U. S. Court

To Whom it may concern,

It has come to my attention that Phillip Beyel was recently arrested and placed in jail without bond. I first met Phillip when he was a young adolescent. I found him to be very bright and an engaging young person. He and his family began attending the church where I was the pastor. After several years Phillip came to me and asked if he could be baptized. When Phillip was 12 years old I baptized him. I watched him grow into a fine young man and at an early age in life he married his wife Holly and they began a family. Phillip and Holly brought into the world to beautiful girls, Brittany, and Aften. Again I watched this young man grow into a loving caring father. His family and his job became his top priority and he performed both of these responsibilities very admirably.

It was about 4 years ago that Phillip and Holly discovered that their oldest daughter was very sick with leukemia. Phillip spent every moment with his young daughter. Many months of hospitalization as well as tremendous amounts of chemotherapy did not save his beautiful girl. During those years of treatments, I saw a wonderful, loving and caring father doing whatever he could for his whole family. I was privileged to be at the bedside along with Phillip and his family when Brittany died. He handled her death with dignity, love and composure far beyond his age. Since the death of Brittany he and his family have been very involved in helping others who are struggling with this terrible illness. Phillip has been involved in fund raising to help others with this disease.

More recently, Phillip has had to deal with the death of his grandfather who founded the business where he works. This young man has had more than his share of sorrow to deal with in this life. I know very little about the problem that Phillip has with the law, however I can vouch for the character of this man and can tell you that he is a fine, caring, loving father and son. He has always provided for his family and is well respected in the community. He has a faith and trust in God, and I would pray that he could be given consideration to be released until such time that the judicial system can offer him a fair trial where all the information pertinent to his case can be considered.

Thank you for your consideration on the behalf of Phillip.

Sincerely

Rev. Robert Willeke

January 12, 2012

To: The U.S. Federal District Court –Florida

Re: Phillip J. Beyel

My name is Todd McDowell, and I'm writing this letter in a show of support for Phillip J. Beyel or "PJ" as it concerns his recent arrest and federal incarceration. Because of his circumstances I feel it's very important that you have a better understanding as to the quality of his character and his position in the community as well as the love and support he receives from all his friends and family members.

I've known PJ, together with his mother Sheila and father Phillip Sr., for over 22 years. In the beginning I was introduced to the Beyel's when I was hired as their in house counsel for the family owned business known as Beyel Brothers, Inc. The family included the mother Ella Beyel, father Daniel P. Beyel, Sr., and their five (5) sons, Phillip Sr., Joseph, Danny, Steve and Mark. During my many years of employment with the family I've had the opportunity and enjoyment to experience three generations of Beyel siblings including PJ himself. When I first met PJ he was only 5 years old. He was your typical well behaved fun loving boy and remained so throughout his entire youth. Over the years, I've never known PJ to be in any kind of trouble either at school, home or in the community.

As a young man PJ became interested in working in the heavy equipment and transport division of his fathers company. For many years the two have worked closely together on numerous important industrial/commercial mega projects and have received many awards for their contributions, talent, skills and ability to get the job done when no one else could. In following his father's foot steps PJ has taken on an incredible amount of responsibility as the leader of his own heavy haul work crew and has become a tremendous asset to the family's business and has always been very professional in every aspect and nature whatsoever. PJ has always been a responsible hard working man who is committed to supporting his family, job and community even during these difficult times.

PJ and his beloved wife Holly have been happily married for over 10 years and together they have a beautiful 8 year old daughter named Afton who loves her father and mother beyond words. PJ remains the sole income provider to both his loving wife and daughter and his continued gainful employment in the family business is imperative to their future survival and well being. During the course of his marriage I've always known PJ as a very responsible great loving father and respectful family man. It was on November 6,

Page two, Letter

2008, that PJ and his wife experienced a tragic loss when their first daughter, 8 year old, "Brittany Marie", passed away from a difficult long drawn out battle with (AML) Leukemia. Both PJ and his beloved wife Holly remained strong and persevered along with their families through this extraordinary loss and sadness. Shortly thereafter the family rallied together and created "Brittany's Wish", a non-profit charitable foundation which provides the families of children who have been diagnosed with leukemia in the Central Florida area with financial assistance and other acts of kindness. Please take the time to view and understand their great cause at http://www.brittanyswish.org/index.html which is supported by the never ending dedication and hard work of both PJ and his beloved wife Holly. It's very important to all of us at Brittany's Wish that PJ is able to continue to voluteer his personal time and charitable services in pursuit of helping the less fortunante families and the many terminally ill children with leukemia in our community.

In conclusion. having personally known PJ as well as his loving, supporting and caring family for over 20 years, I'm extremely confident that PJ will follow through with any and all orders from either the U.S. Federal District Court or the U.S. Attorney Generals Office until his matter is fully resolved. In my own heart I truly believe this was a one time event in PJ's life and I would ask for your compassion, mercy and lienencey during any proceeding including but not limited to establishing his bond and/or sentencing.

Thank you for your courtesy, cooperation and consideration from all of us who are the life long supporting friends and family members of PJ.

Todd A. McDowell.
550 Cidco Road
Cocoa, FL 32926
Tele: (321) 633-3003

January 18, 2012

TO:          The United States Federal District Court - Florida
FROM:        Dennis Chamberland

SUBJECT:  Phillip J. Beyel

I have been Mr. Phillip Beyel's neighbor for many years. I have known Phillip and his wife and daughters both personally, professionally and as a neighbor. Phillip (we call him PJ) has helped me on many occasions selflessly and has given of his time and resources in many ways such that only two pages would not be able to describe everything Phillip has done for me and my family and non-profit business.

Phillip lives a few doors down from us on Fleetwood Place in Cocoa, Florida. Several years ago, his young daughter was struggling with leukemia. It was such an inspiration to watch PJ and his wife struggle with this terrible situation and still hold up under unthinkable emotional pressure as the little girl traveled back and forth to the hospital and her health declined. Finally when she passed, we joined with the family in their grief and I will never forget the funeral and how PJ held his family together at such a terrible time. PJ helped me on a number of occasions with his wonderfully gifted and capable mechanical talent on projects that were too difficult for me. And last year PJ sacrificially spent more than a full working day on that occasion alone helping our non-profit research and education business move a 40 foot research submarine from Savannah, Georgia to Cocoa, Florida. Other crane companies wanted more than $15,000 for the move. But PJ obtained the "family rate" to move our research sub and volunteered his own time to do so. Without his help we probably would have lost the submarine. He is a member of our expeditions which is as much an outreach to students across the world as it is an oceanographic research endeavor (www.UnderseaColony.com). Without PJ's personal assistance and selfless sacrifice, we would not be able to reach as many students as we have and will reach in the future. As a NASA engineer at the John F. Kennedy Space Center, I can say that I have never met a private individual so devoted to and personally interested in exploration and opening the frontiers of ocean and space for the next generation We are seriously counting on PJ's invaluable assistance in the future in these endeavors. Further, PJ is a good, friendly neighbor to every single person on our street and stops at absolutely nothing to lend each one a helping hand. There a few seniors on our street that rely and depend on his assistance in many ways.

I have rarely met an individual with as much sacrificial heart and one so devoted to his wife, Holly, and daughter, Aften. It has been a blessing watching him closely over these years attending to them and meeting their needs. Just recently PJ gave in to the insistence of his young Aften and built her a chicken coop in the back yard so she could raise them. As a young father PJ has no equal and cares for both his wife and daughter with great love, respect and a tenderness that is obvious. PJ is a hard worker and often has to travel out of town for his business. And yet, he is always home each weekend regardless of how far away his job takes

him. My wife, Claudia, and I have often commented on his faithfulness to his family and the extent to which he goes to make sure he is home to attend to their needs even when working in distant locations.

My wife and I are seriously committed to caring for PJs family while he is away during this profound crisis. And we are equally committed to helping PJ in his time of confinement, praying fervently it will be very brief. We consider PJ, his wife and daughter, members of our own family and we will do whatever it takes to be there for them all. We have already been writing him and will hopefully be visiting him frequently. We are very aware of the support system he already has in place and how essential that will be for him in the future, and we are very much a part of that support system.

His character is one of a profoundly devoted husband and father, as well as a consummate professional. Added to that is his commitment to our non-profit enterprise and all the education, outreach and the ocean based environmental research, given freely with great personal sacrifice and a commitment of his time.

When we found out about the charges against him, we were in disbelief of course. If PJ is found culpable after the process has run its course, we will unhesitantly be there for him and his wife and daughter to provide all the support needed. PJ is of course, no 'predator', period, end of story. I am certain that PJ will follow to the letter every court ordered restriction until this matter is ended.

I very much appreciate allowing me to have my input in this. PJ is a beloved friend and co-worker and he is already sorely missed by everyone. PJ Beyel has earned all my respect, sir, through much personal sacrifice and a giving heart, and even in this, he has lost none. PLEASE feel free to use me as a character witness in the courtroom under oath. Whatever I can do I will be happy to contribute.

Sincerely

Dennis Chamberland
(321) 537-8914
5029 Fleetwood Place
Cocoa, FL. 32926

His daughter, Brittany became very sick and was diagnosed with Leukemia at age 7. The news was devastating to PJ and his wife but, they made the trips back and forth from Cocoa to Orlando to spend every second they could with their dying daughter.  PJ was a wonderful parent taking the lead at the hospital, conversing with the doctors and learning as much knowledge as he could to care for her as long as he could. I know that was emotionally and financially draining for him.

Brittany died in October 2008.  Life became so sad for this young family.  I can't imagine anyone having to go through that at their age.  He had to, because he had another daughter at home that didn't understand why daddy is so sad.  PJ was such a strong man with a tough exterior but inside I knew he was crying.

PJ helped form a charity in his daughters name, "Brittany's Wish" for families of children, suffering with Leukemia.  He has spoken to other young parents on what to expect and was crucial in helping them get through day to day in the hospital.  PJ is present for all the charity events since its induction.  He is well known in the community with helping organize events in the county to raise money. He helps collect and deliver toys to the children in the hospital at Christmas.

PJ is a great inspiration to us all.  He has dealt with many difficult things in his life that we can't even imagine.  I'm proud of him and his accomplishments in life and I'm proud to know him as a friend.  Please have mercy on him because he is such a wonderful man to all that know him.

Sincerely yours,

Patricia J. Mangat

1-9-2012

KRISTIN DEVALERIO
Notary Public - State of Florida
My Comm. Expires Dec 7, 2015
Commission # EE 151621

**MELINDA HIGBY**
**2903 Princeton Avenue**
**Jacksonville, FL 32210**

February 16, 2012

To Whom It May Concern:

I am writing this letter in support of Philip Beyel, Jr. who is facing serious charges stemming from incidents of which I have no knowledge, but with repercussions that will affect both him and his family for the rest of their lives. It is my understanding that the Court and the Prosecutor take everything into consideration when making recommendations for bail and if convicted, in sentencing this young man. Please consider the following facts.

I have known P.J. since he was born, having befriended his mother when we were both children. He was raised to be a respectful, diligent and caring individual, with an old fashioned sense of family and obligation. He and his wife Holly were blessed with two beautiful children, Brittany and Aften. P.J. was insistent that he would be the sole breadwinner and that his girls were to have a stay at home mom, just as he had when he was growing up. He was able to do this by learning the skills needed to incorporate himself successfully in the family business, so much so that he was often the "go to guy" for the most difficult jobs involving the crane business. There was never any doubt that he was committed to his job, reliable and willing to go the extra step to get the job done, all with the knowledge that he was providing a comfortable and safe home for his family.

It became clear to all of us that knew this family well that P.J. was not your ordinary young man. Through the very tragic experience of having his oldest daughter be diagnosed, suffer and eventually pass away with leukemia, he displayed great courage, steadfast loyalty and determination to do everything in his power to save her life. Unfortunately, Brittany was overcome by her disease and did not survive. But in order to honor her memory, P.J. and Holly created a foundation and have been tireless in their efforts to raise money to provide for other families with children diagnosed with terminal illness. He was not able to save his own child, but has been willing to commit hundreds of hours in order to assist others.

More recently, Holly has been diagnosed with an ongoing, debilitating gastrointestinal disease which has caused her to be in and out of the emergency room continuously for the last eight months without much hope for a cure. Again, P.J. stepped up to the plate to meet their obligations without the assistance of Holly, as well as doing everything he could to help his wife get better.

This is the context in which this young man has obviously made some poor decisions. I would like to believe that our legal system is flexible enough that the whole person and their positive contributions to the community are taken into consideration when meting out justice.

Sincerely,

Melinda Higby
Melinda Higby

Sworn to and subscribed before me this _16_ day of February, 2012.

Anne Brinker

Anna Brinker, Notary

ANNA BRINKER
MY COMMISSION # EE 039931
EXPIRES: November 20, 2014
Bonded Thru Notary Public Underwriters

Sunday January 8, 2012

U. S. Courts

To Whom it May Concern:

My name is Nicholas Perkins, my address is 4047 Meander Place #204 Rockledge FL 32955. I am writing this letter to attest to the character of Phillip J Beyel, whom I have known for almost 7 years dating back to January 2005. During that time I have known Phillip to be an excellent family man, father, son, an extremely hard worker, a solid contributor to the community, a man of high moral character and an extremely trustworthy individual  During the time I have known Phillip he has worked countless overtime hours to support his family. He has often worked weekends and holidays to provide for them and I have never known Phillip to be unemployed.

I am aware that he became a father at an extremely young age and instead of shirking the responsibility to be a good father at a young age that's exactly what he was, a devoted father for the entire time I have known him. He has always spent a good deal of time with his family and understood the huge responsibility that being a father was. His two daughters were excellent examples of his high moral character and the hard work he constantly undertook to provide a home for them.  I have found Phillip to be a wonderful caring son as well as father and he has been very close to both of his parents and all of his relatives as he comes from a very large family who is extremely supportive of Phillip.

Sadly Phillip had to endure the tragic illness of Leukemia as his beautiful daughter Brittany was diagnosed with this horrible disease. Phillip was extremely close to her as any dad would be, perhaps as close as I have known any father to be with his daughter. He worked countless  hours in his career with Beyel Brothers crane company to provide health care however once Brittany became diagnosed with Leukemia he devoted  an untold amount of hours to staying by her bedside for weeks and months while she went through the devastating rigors of chemotherapy.  He never shirked his responsibility as a father and was always with Brittany whenever she needed him and even when she was not aware of his

presence. He became quite an admirable man at this time and everyone looked up to him including myself for his constant devotion to his terminally ill daughter. Phillip will never have to wonder if he could have done more for Brittany because he spent every minute making her days better and worrying about what to do next. I could not possibly expect a father to do more for his daughter and he was an example for any father who's daughter is terminally ill of how to behave and how much devotion one father can have.

After her passing Phillip became involved in the charity founded in her name "Brittany's Wish." The charity helps family's in need of financial and emotional support who's child has been diagnosed with Leukemia. Phillip attended all of the events and helped set up and meet people during their benefits. His work through that charity helped exemplify a father who was not just concerned about his own child but the unfortunate circumstances of others who were also touched by this dreaded disease.  The positive impact to the local community by this charity has been so great I chose to donate $10,000 of my corporate  money to help the needs of Brittany's Wish in 2010.

In conclusion I cannot say enough good things about Phillip J Beyel. He is an excellent father, son, family member, citizen and person.  I am asking for leniency in his case and for mercy from the court on his behalf when considering bond in this case and any sentencing which may occur. This is a good man whom I still greatly admire and always will.

Respectfully,

Nicholas Perkins



A. M. THOMAS
Notary Public - State of Florida
My Comm. Expires Dec 18, 2015
Commission # EE 153956
Bonded Through National Notary Assn.

January 10, 2012

US Attorney

Re: Phillip Beyel

To Whom it may concern:

My name is Donna Cribb I live at 3551 Hawk drive Melbourne, Florida 32935. I am a registered nurse at Holmes Regional Medical Center. Phillip Beyel is my nephew and I have known him all of his life.

Phillip and My son Ryan Cribb are the same age. They grew up together sharing activities holidays and family trips together. They are not only first cousins but best friends. I have watched Phillip grow up from a little boy to a wonderful young man, loving father, son, and devoted husband.

Phillip comes from a large, supportive loving family that lives locally in the Cocoa area. He works for a large family business and has an extremely important responsible position as a rigging supervisor at Beyel Brothers Crane and Rigging. He has worked there for the last 16 years. Phillip is a mentor and a leader to the men that work under him. He continued to maintain this position throughout his oldest daughters illness and untimely death.

*Patricia J. Mangat*

124 Silver Hill Lane
Cocoa, Florida  32926
Phone (321) 208-8131
Pmangat@cfl.rr.com

January 8, 2012

To:  U.S. Courts

Re:  Phillip Beyel

To who it may concern,

I have known PJ for 15 years since I first moved to the Cocoa area.  He is the son of my very close friends.  He is a good member of the community and graduated from Rockledge High.  PJ played sports and  was a great kid growing up.  He followed in his fathers and grand fathers shoes and became a crane and rigging operator and business man at the family's business in Cocoa, Fl, Beyel Brothers Crane and Rigging.

PJ had a daughter named Brittany, at a young age of 16 and married the mother, Holly soon after.  He was a exemplary loving  father and a wonderful husband.  He worked long hours out of town and over night, most days. He wanted them to have the life he had growing up, filled with love and family.  When he was home, I'd see him playing with his daughter and caring for her like he'd done it a million times.  I was so proud of him not running away and facing his responsibilities head on. Soon after, another daughter, Aften was born.  He loved being a dad and taking care of them and was wonderful at it. He was a good father and husband and proud of it.

Unfortunetly, a few years ago PJ suffered a great blow to his life, his oldest daughter Brittany, had been diagnosed with Leukemia.  He had to stop working and stay with her in the hospital day and night.  She needed him more than ever and wouldn't want him to leave.  I felt so sad for him and his family having to go through this with a child that was only 8. There were months of suffering and  he had to be strong for her.  He could always say something funny to make her laugh.   Sad to say, she died in October 2008.

I couldn't imagine how PJ could handle anymore stress in his life.

*Brittany was everything to him and you could always see him smiling when he was with her.  Most adults have a difficult time dealing with death of a family member, but losing a child is the most horrific thing a man has to deal with.  PJ was so sad but, he too, was strong for his family, he had to be.  As time passed he began to heal and helped start up a charity in his daughters name, "Brittany's Wish".*

*This charity is to help make a difference in the lives of children fighting Leukemia.  PJ has been instrumental in his efforts to set up events in the county to raise money and awareness.  He is present  at each event and is well known by many community leaders.*

*PJ is a leader himself and he is an important member of the Beyel business. Recently, he moved space shuttle equipment for NASA through Cape Canaveral, which took a lot of special skill and ability.  Everyone there was shocked that he could do something so risky and difficult and do it so well.*

*Two weeks before Christmas this past year, his grand-father died.  Again, another family death to endure. PJ and his grand-father worked at the business together and were extremely close.  Again, PJ was devastated having to go through this horrible event again. Family and friends helped pull in through this difficult event.*

*I'm so proud of him, he's a remarkable young man who has seen his share in tragedy in his young life.  Please have mercy on him and his family, they've lost enough.*

Sincerely,

*Patricia J. Mangat*

1- 9- 2012

KRISTIN DEVALERIO
Notary Public - State of Florida
My Comm. Expires Dec 7, 2015
Commission # EE 151621

Dee M. Figliolia
4421 Raymar Drive
Orlando FL 32839
407-350-1033


January 8, 2012

U.S. Court


To Whom It May Concern:

I am Dee Figliolia and I am writing on behalf of Phillip Beyel (PJ) who I have personally known all of his life.  His mother Sheila Beyel and I grew up together and we have known each other for 45 years and I have known his father Phil Beyel for 30 years. I love them dearly and I consider all of them family.

As a child PJ was an extremely sweet and kind child who always expressed love and affection for his mother and father. He was a smart kid and a great student in school, always engaged in his studies and very curious about the work his father Phil did in the family business. PJ married his high school sweetheart and they had two beautiful daughters, Brittany and Aften.  His family adores him, are dependent on him and he is a traditional father who works hard. His wife Holly is a stay at home mom.

PJ joined his fathers company and he applied a work ethic that I do not see in many young people today.  He possesses a strong sense of pride in what he does; he works hard to provide for his wife and daughter. He is committed to providing for a family in a traditional way. PJ is highly skilled in his field of work, very respected in his field and he is frequently hired to do extremely difficult jobs.  Very often he is hired to work on high profile jobs that require extensive vetting of him and his company.  PJ was recently was awarded a prestigious job to work for NASA moving the shuttle. I am so proud of him.

When his oldest daughter Brittany tragically developed Leukemia, PJ immediately went to work researching all forms of the disease and treatments, all in the effort to become the best healthcare advocate his daughter Brittany could ever have.  Even in his distress for his daughter's health he did not hesitate to adapt and flourished in the face of the odds and found his role as healthcare advocate for his beloved daughter. PJ was unwavering. His commitment to her was unmatched. I can only hope that every child in every way be blessed as his daughter was to have a father like PJ. She was blessed to have such a devoted father and an entire family also devoted to ensuring she was getting the best care available. PJ was extremely connected to Brittany, Arnold Palmer Hospital and all of Brittany's care givers as was his entire family.  PJ led a great example of young man and his family faced with one of the greatest horrors a parent could face and he did so with great strength of character. PJ has gone on with his family to create Brittany Wish Foundation to honor his daughter.

The Foundation is committed to assisting families with children who have cancer.  PJ and his wife found it was a way for them to heal and honor their deceased daughter.  The Foundation is vital in helping a family with the basic needs in life as they work with the tragedy of Cancer often not able to work and unable to pay necessary living expenses.  PJ is very connected in raising money in the community for the Foundation and very involved in the Foundations activities.  This is one of many examples of a young man who in the face of adversity has risen gracefully to meet the challenges and to love and support his family while enduring the same challenges (a daughter in need, a granddaughter in deed, a sister in need, a father in need).

PJ's wife Holly is battling an acute illness that causes violent episodes of vomiting and extreme abdominal pain. They have endured months and many trips to the hospitals and long stay all while trying to understand her sickness. PJ had demonstrated great courage and strength in supporting his wife while helping to raise their daughter and working to support his family.  His family needs him, his strength, love and devotion as he needs theirs.

Without a doubt I can state with great conviction that PJ will honor all requirements with the judicial process. It is with that I ask for leniency and mercy in your decision for bond and sentencing.

Respectfully,

Dee M. Figliolia
4421 Raymar Drive
Orlando, FL 32839
407-850-1033



704.400.2836
www.fosterauctionservices.com
7149 Campground Road
Denver, NC 28037

January 29, 2012

TO: The US Federal District Court – Florida

RE: Phillip Beyel

To Whom It May Concern:

The arrest of Phillip Beyel has been brought to my attention recently and I felt compelled to write to you on his behalf. I have known Phillip for over 10 years and his father and family for over 20 years. His father, Phil, and I are very close friends and talk to each other on a daily basis.

Phil has brought Phillip and his family to visit me and my family in North Carolina on a couple of occasions where we visited and did family activities together and enjoyed each others company. I have also visited with them in Florida at several Classic Car events.

Based on my experiences with Phillip, he is a wonderful father and husband. He works hard at the family owned business and for that entire family their motto is FAMILY FIRST! They all take care of each other and are dedicated to each and every family member.

I will stand behind Phillip in this judicial process and support his Father, Mother Wife and Daughter anyway that I can. This family is very important to me and my family and we will do what they need to support them through all that they are going through.

I believe Phillip to be a man of his word and should be released from custody. All of his family is located in Florida and I believe that his family will welcome him home with open arms. Phillip is not a predator and should be at home with his wife and daughter.

Thank you for taking the time to read this letter and considering what I have to say.

Sincerely,


Wayne Foster

1/9/2012

Elizabeth Lowry
610 Misty Creek Drive
Melbourne, FL 32940

US Federal District Court - Florida

**Dear Honorable Judge:**

I am the bookkeeper for Beyel Brothers, Inc. and in this capacity serve as Human Resources representative and also payroll processing. I am writing this letter in reference to Phillip J. Beyel. I came to work for Beyel Brothers on March 30, 2006. I was introduced to "PJ" on my first day of employment. Since that time, I have had weekly (at a minimum) conversations with Phillip. Phillip serves as the Foreman for our Heavy Haul group and is responsible for approving his crew's time sheets and related personnel functions.

Over the years, PJ and I have had a professional, yet somewhat personal relationship. During conversations, we would discuss our families, the business, and other staffing issues. When the illness of his daughter, Brittany, was discovered and being treated we would be in contact concerning fund-raising and other medical research information. When Brittany passed away, we talked about his loss and I expressed my support.

Based on these conversations, I found him to be a family-oriented individual. He has always been caring and respectful toward myself, other employees, and his entire family. He would take care of his crew, making sure that their time and expenses were turned in. Phillip also made sure that the men had hotels when they were working out of town. PJ and his wife Holly would call me on several occasions to discuss time and whether paperwork had been received. This illustrates a sense of responsibility, in my opinion.

I would be willing to support Phillip and this letter throughout the judicial process and to its conclusion. I may be reached at the Beyel Brothers office at (321) 632-2000 or at home at (321) 757-0459.

My belief and opinion of Phillip J. Beyel is that he is caring, supportive, responsible and respectful. I base these conclusions on my dealings with PJ during the past almost 6 years. From his willingness to work long hours and sometimes extended periods away from home, I can only presume that he would follow through with this court process. He would not want his

family's name besmirched in any way. I also find the charges against Phillip unthinkable. In my opinion, PJ does not have the profile – the entire Beyel family is just way too close-knit and their lives are so transparent.

Thank you for considering my thoughts in this matter. Feel free to contact me if you have any questions.

Sincerely,

*Elizabeth Lowry*

Elizabeth Lowry

STATE OF FLORIDA
COUNTY OF BREVARD

Sworn to (or affirmed) and subscribed before me this ___9th___ day of ___January___ , 2012, by ___Elizabeth Lowry___ .

*Alice Johnson*
Signature of Notary

NOTARY PUBLIC-STATE OF FLORIDA
Alice Johnson
Commission # DD805069
Expires: SEP. 19, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

___Alice Johnson___
Print, Type, or Stamp Name of Notary

Personally Known __✓__ OR Produced Identification _____
Type of Identification Produced _____ N/A _____

To whom it may concern;
January 15th, 2012

I felt compelled to write this letter on the behalf of Mr. Beyel;
I have known Phillip Joseph Beyel since he was 12 years old.  I have been a close family friend for the past
16 years. I know him to be a loving and caring father and husband. I have never heard of any problems or
concerns in his personal life whatsoever.  He is a good man with a kind heart. I love him and his family as if
they were my own flesh and blood. He is an honest man. I have spent a lot of personal time with him and he
has always been a positive influence on everyone around him.

Thank you
Sincerely;

Sarah B. Scott
2300 Stonebridge Drive
Rockledge, Fl 32955
**(561) -358-5127  Cell#**

My name is Steve Beyel, Pj Beyel is my nephew. I've know him his whole life. He is a great person. He has always been honest, one of my favorite nephews. I have spent time with him alone a lot as well as with his family. I was there through the lose of his of his daughter. It was a very tough time and I am proud of my nephews handling himself! I have a son of my own and would and trust PJ with him anytime. Phil, has always done what he said. I love him and will stand by him in his situation.  Steven Beyel 2300 Stonebridge Dr Rockledge Fl. 32926

1/17/12

Steven Beyel VP
Office 321-632-2000
Fax 321-631-0371
Cell 321-750-3824
BEYEL Brothers Crane and Rigging     www.BEYEL.com
Steve.beyel@beyel.com



AMERICAN CRANES & TRANSPORT

February 2012
Volume 8 ■ Issue 2

# AC&T

The magazine for the crane, lifting and transport industry

A KHL Group Publication

www.khl.com/act

## MARKETPLACE

| | |
|---|---|
| PRODUCTS, PARTS & ACCESSORIES | 61 |
| EQUIPMENT FOR SALE OR RENT | 73 |
| SAFETY, TRAINING & INDUSTRY SERVICES | 79 |
| TRANSPORT & HEAVY HAUL | 80 |

# Shuttling the shuttle!

**Beyel Bros. hauls historic payload**

**Industry Focus: Training, safety & certification**

**Boom truck market rebounds**

SC&RA

Official domestic
magazine of the
SC&RA

**EXHIBIT B**

## SITE REPORT Transport

Transporting a 166,000-pound space shuttle model from its display area at the Kennedy Space Center to a dock at NASA for its eventual barge trip to Houston was an adventure in specialized rigging and transport. **ACT** reports



The site is prepared for the move of the static "High-Fidelity Explorer" space shuttle model from its display area at the Kennedy Space Center Visitor Complex in Florida. The shuttle model had to be moved 90 degrees away from its super structure walkway, then backed out to the road and rotated 360 degrees

# Shuttling the shuttle



Sitting on ground support blocks and cribbing, the shuttle model is now at the Launch Complex 39 turning basin at Kennedy Space Center. In a few months, under a separate moving contract, a barge will transport the shuttle to Houston

For any contractor, working within the realm of the United States space program is a big deal. The management team at Florida-based Beyel Brothers has completed a lot of work for NASA, and was excited to learn last fall that they had been selected to complete a highly complex rigging and moving job at NASA's Kennedy Space Center Visitor Complex.

The scope of the job was huge and involved moving the static "High-Fidelity Explorer" space shuttle model from its display area at the Kennedy Space Center Visitor Complex to Kennedy's Launch Complex 39 turning basin. Under a separate contract the shuttle model will be shipped by open barge to Texas for display at the visitor center at NASA's Johnson Space Center. The removal of the shuttle model in Florida was required to make way for the construction of a new $100-million, 64,000-square-foot building to display the space shuttle Atlantis.

The 5.4-mile route included travelling over a grassy yard at the visitor center, along a public road to the Kennedy Parkway, across a median and over a double railroad crossing.

Kennedy Space Center is a secure area and requires a badge for access. Traffic is usually light and workers are accustomed to road closures. Large rocket segments are often moved around the industrial area, so the only preparation for the move of the shuttle model was to remove 18 light poles and a few signs due to the wide wing span of the shuttle. All roads were closed until after the move



## Transport **SITE REPORT**

was completed. The move was done on a Sunday so that the disruption to the workforce was kept to a minimum. Support crews were ahead of the convoy in case anything was missed that needed to be removed.

The shuttle model weighs approximately 166,000 pounds, about the same as a regular shuttle. While this shuttle model did not have any flight hardware installed in it, it did have many structural steel reinforcements, doors and walkways to accommodate the public.

The shuttle model measured about 122 feet long, 78 feet wide and 56 feet high, landing gear to tail top. The tail top of the orbiter, including the transporter, measured about 60 feet.

Beyel Brothers chose to use its 18-line Goldhofer platform hydraulic trailer to transport the shuttle. With eight tires per line, the transport system had 144 tires. Using 400-ton jacks, the shuttle was jacked up in place. The transporter was driven under the belly of the space craft, which was then lowered down onto static supports that were lashed onto transporter. The shuttle was secured to the Goldhofer systems using grade

8 ½ chains secured with ratchet chain binders.

Other equipment on the job included a 20,000 pound forklift and a front-end loader for ground clearing.

Phil Beyel was the onsite coordinator with P.J. Beyel as the operator of the transporter and jacking system. Linden Simon drove the 75-ton Prime Mover heavy hauler.

Crews first had to lay down a temporary work area over the grass yard of the visitors' center. Measuring 20 feet wide by 300 feet long, the temporary roadway was comprised of 2-inch steel plates. Once out of the grassy area, for the most part, the terrain was flat, although the convoy had to travel the wrong way downhill on an entrance ramp to avoid going beneath the bridge over Kennedy Parkway.

### Historic cargo

Carrying such expensive cargo, Beyel crews were very careful in their plans for making a few sharp, 90 degree turns. The main obstacle along the route was to clear the 15-foot roof of NASA's security guard house and identification building check point. The shuttle model also had

# About Beyel Brothers

Dan Beyel started his hauling and rigging business in the early 1900s, taking the business from horse-drawn carriages to one of the first four-cylinder automobiles. In 1999, brothers Joseph, Philip, Steve, Danny and Mark joined their assets and bought their father's company after he became ill. Since that time, Beyel Brothers has become one of the largest crane and rigging companies in the state of Florida. The company operates six branches, including its headquarters in Cocoa.

to be jacked up again to clear the railway crossing warning lights.

Once the barge with the shuttle model on it arrives in Houston, it will be transported to NASA JSC. This will be under a separate bid contract that has not been released, although Beyel has said it will bid on this final portion of the job. ∎

**PICTURES FROM LEFT TO RIGHT:**
**The first obstacle was to clear the 15-foot roof of NASA's security guard house and identification building check point**

**The Beyel crew stands proudly in front of their famous cargo**

**Several 90 degree turns were negotiated along the 5.4 mile route. It was slow going, with the transporter never exceeding 6 miles per hour**

**Safety was a huge concern, for workers and for the expensive cargo**

**The shuttle model weighed approximately 166,000 pounds, about the same as a regular shuttle**



PHOTOS: JULIAN LEEK BLUE SAWTOOTH STUDIO



47