## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                              **CASE NO: 6:12-cr-46-Orl-22TBS**

**PHILLIP BEYEL**

_____

### ORDER

This cause comes before the Court on the parties' Joint Motion to Close Courtroom while Child Victim Reads a Statement to the Court. Pursuant to 18 U.S.C. § 3509(e):

> When a child testifies the court may order the exclusion from the courtroom of all persons, including members of the press, who do not have a direct interest in the case . . . if the court determines on the record that requiring the child to testify in open court would cause substantial psychological harm to the child . . . .

The Court determines that requiring the child to testify in open court would cause her substantial psychological harm. The following factors support a finding that the parties have a compelling interest in closing the courtroom during the child victim's testimony: her age, psychological maturity, and understanding; the nature of the crime; her expressed preference not to testify in open court; and the interests of her parents. This order is narrowly tailored to serve this specific compelling interest, and does not restrict the rights of the press or public any more than is absolutely necessary.

Based on the foregoing, it is ordered pursuant to 18 U.S.C. § 3509(e) that the courtroom shall be closed to all persons who do not have a direct interest in the case while the child victim testifies at the Defendant's February 14, 2013 sentencing hearing.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 14, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services