UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
    Plaintiff,
-vs-                                                Case No.: 6:12-cr-46-Orl-22-DAB

PHILLIP BEYEL,
    Defendant.
_____/

## UNOPPOSED MOTION TO CORRECT SENTENCE

**COMES NOW** the Defendant, Phillip Beyel, by and through the undersigned attorney and moves this Honorable Court, pursuant to Fed. R. Crim. P., Rule 36, to correct a clerical error and/or error in the record from oversight and/or omission in his Judgment and Commitment Order, and as grounds therefore alleges as follows:

    1. On February 14, 2013, the Defendant was sentenced to 324 months' in federal prison followed by supervised release for a term of life. The Court ordered that as a condition of his incarceration that he receive treatment for Post-Traumatic Stress Disorder (PTSD) (Docket-48, 50).

    2. During the course of sentencing on February 14, 2013, evidence and testimony of Dr. Amy Swan was presented to the Court outlining her diagnosis of Post-Traumatic Stress Disorder and the associated mental health, alcohol and drug abuse history of Mr. Beyel.

    3. The Court's Judgment and Commitment Order (Docket-50) specifically addressed treatment for the Defendant for PTSD. Counsel for the Defendant respectfully requests that the Judgment and Commitment Order be amended/corrected to specifically reflect that the Defendant also receive alcohol and drug abuse counseling/treatment during his period of incarceration.

    6. Assistant U.S. Attorney Carlos Perez has authorized undersigned counsel to represent to the Court that he has no objection to the amendment/correction of the Judgment and Commitment Order as set forth in paragraph 3 above.

**WHEREFORE**, the Defendant respectfully requests this Honorable Court to enter an Amended Judgment and Commitment Order reflecting that the Defendant is to also receive alcohol and drug abuse counseling and treatment during the course of his incarceration.

s/Rick L. Jancha
Rick L. Jancha, Esquire
Florida Bar Number: 0973394
Mark E. NeJame, Esquire
Florida Bar Number: 310931
Attorneys for Defendant
NeJame, LaFay, Jancha, Ahmed, Barker,
Joshi & Moreno, P.A.
189 South Orange Avenue, Suite 1800
Orlando, Florida 32801
Telephone: (407) 245-1232
Facsimile: (407) 802-1615
E-mail:  Rick@nejamelaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of March, 2013, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:  Assistant United States Attorney, Carlos Perez..

Respectfully Submitted,

s/Rick Jancha, Esquire
Rick Jancha, Esquire
Florida Bar Number 0973394
Attorney for Mr. Reynolds
**NeJame Law**
**NeJame, LaFay, Jancha, Ahmed, Barker,**
**Joshi & Moreno, P.A.**
189 South Orange Avenue, Suite 1800
Orlando, Florida 32801
Telephone:  (407) 245-1232
Facsimile:  (407) 245-2980
E-mail: rick@nejamelaw.com