```
 1                  UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
 2                        ORLANDO DIVISION

 3              Docket No. 6:12-cr-46-Orl-22TBS

 4  . . . . . . . . . . . . . . .
    UNITED STATES OF AMERICA       :
 5                                 :          Orlando, Florida
             Plaintiff             :          February 14, 2013
 6                                 :          9:02 a.m.
              v.                   :
 7                                 :
    PHILLIP BEYEL                  :
 8                                 :
             Defendant             :
 9  . . . . . . . . . . . . . . .

10
                              EXCERPT
11                    TRANSCRIPT OF SENTENCING
                BEFORE THE HONORABLE ANNE C. CONWAY
12                  UNITED STATES DISTRICT JUDGE

13

14  APPEARANCES:

15

16  For the Plaintiff:   Carlos Perez

17

18  For the Defendant:   Rick Jancha

19

20
    Court Reporter:      Sandra K. Tremel, RMR/CRR
21                       407-245-3110

22

23

24  Proceedings recorded by mechanical stenography, transcript

25  produced by computer-aided transcription.
```

```
 1                      P R O C E E D I N G S
 2                         (WITNESS SWORN)
 3              THE WITNESS:  I do.
 4              THE DEPUTY CLERK:  State your name, please.
 5              THE WITNESS:  Amy C. Swan.
 6  BY MR. JANCHA:
 7   Q    And what is your educational background?
 8   A    I have a doctorate in clinical psychology.
 9              MR. PEREZ:  Your Honor, may I suggest that she
10   take the witness stand?
11              THE COURT:  Yes.
12              THE WITNESS:  Okay.  Thank you.
13  BY MR. JANCHA:
14   Q    And, again, if you would state your educational
15  background.
16   A    Yes.  I have a doctorate in clinical psychology.
17   Q    And have you worked in the area of treatment of and
18  the assessment of sexual offenders?
19   A    I have for 24 years in Florida, Missouri, and Iowa.
20   Q    And have you also worked with victims of child abuse
21  and victims of posttraumatic stress disorder?
22   A    Yes, I have, for 25 years.
23   Q    How have you worked with sexual offenders?
24   A    I started out in 1989 working in a psychiatric
25  hospital where we did treatment for victims and then I
```

```
 1  progressed to adding a program for sexual offenders.  I
 2  worked in a community mental health center between 1993 and
 3  1995 with victims and perpetrators of sexual abuse.  I
 4  worked with incarcerated adolescent offenders in 1996.
 5  Between 1997 and 1999 I worked in court psychology of
 6  Broward county evaluating victims and perpetrators of sexual
 7  abuse.  And in 1999 I began working at the Florida Civil
 8  Commitment Center where we house the individuals who are
 9  detained under the Sexually Violent Predator Act.  And since
10  2000 I have been in private practice contracting with
11  different states to evaluate sex offenders as well as child
12  pornography offenders.
13   Q    Have you been appointed to any boards by any state
14  authority?
15   A    Yes.  Governor Bush appointed me to the Board of
16  Psychology which regulates the practice of psychology in
17  Florida.  I served on that board for 10 years.  I'm
18  currently chairman of the probable cause committee.
19   Q    And have you had any training other than your
20  doctorate degree?
21   A    I have.  It's pretty hard to get training in sex
22  offenders in a doctoral program so I have 840 hours
23  post-doctoral degree specifically in the area of sex
24  offenders, child pornography offenders as well as assessing
25  the risk that a sex offender would commit another sexual
```

```
 1  crime.
 2  Q    And can you tell us a little bit about that?
 3  A    Yes.  I have had approximately 277 hours of courses on
 4  assessing the risk of sex offenders.
 5  Q    And are you a member of any professional
 6  organizations?
 7  A    I am.  I'm a member of the Association for the
 8  Treatment of Sexual Abusers which is the largest
 9  international organization devoted to the research on sex
10  offenders.  I'm also a member of the Florida chapter of that
11  organization.  I'm member of the International Association
12  of Forensic Nurses as well as the American Psychological
13  Association and the Association of State and Professional
14  Psychology Boards.
15  Q    Have you testified in court before?
16  A    Yes.  Close to 1,000 times at this point.
17  Q    Is that mainly for state or the defense?
18  A    I -- probably about equally.  I typically testify for
19  the state with regards to sexual offenders, but in my other
20  forensic cases it's about half and half for the state and
21  the defense.
22          MR. JANCHA:  At this time, Your Honor, we tender
23   Dr. Swan as an expert in the area of sex offender diagnosis
24   and risk assessment.
25          THE COURT:  Any objection?  He's tendering her as
```

```
 1  an expert.
 2          MR. PEREZ:  We don't have an objection, Your
 3  Honor.
 4          THE COURT:  All right.  She'll be so received.
 5          MR. JANCHA:  Thank you.
 6  BY MR. JANCHA:
 7  Q    In preparation for today, did you review the discovery
 8  materials provided by the United States as relates to
 9  Mr. Beyel's case.
10  A    Yes, I did.
11  Q    And did you meet with Mr. Beyel?
12  A    I did.  I met with him on two occasions.  On one
13  occasion it was August 2nd, 2012, for approximately two to
14  three hours, and on August 15, 2012, I met with him for four
15  hours.
16  Q    Now, Her Honor has a copy of your report that you
17  wrote in regards to this matter.  Could you just explain
18  briefly some of the tests that you gave him and why you gave
19  him these tests?
20  A    Yes.  I administered four tests to Mr. Beyel because
21  when I did my initial interview it was very clear that he
22  had experienced significant trauma in his life, and I wanted
23  to assess exactly what his personality functioning was and
24  what that trauma might have been.  I administered four
25  tests:  The Minnesota Multiphasic Personality Inventory-2 --
```

```
 1  that is the most widely researched and administered
 2  personality test -- the Millon Clinical Multiaxial
 3  Inventory-III which is also one of the most administered
 4  psychological tests; the Minnesota -- the MMPI-2 or the
 5  Minnesota test that tests for how the individual is right
 6  now, gives some information about chronic disorders, but
 7  it's typically right now.  The Millon Clinical Multiaxial
 8  Inventory test for a long term chronic disorders.  And I
 9  administered two trauma inventories:  The Posttraumatic
10  Stress Disorder Diagnostic Scale and the Trauma Symptom
11  Inventory II.
12      And the thing that was significant about these tests is
13  that Mr. Beyel, the results of all four tests were
14  strikingly consistent, and that's pretty unusual in my
15  business where we do psychological tests.  But in each and
16  every one of those tests, it was revealed that he had a
17  very, very severe case of posttraumatic stress disorder.
18   Q   And you say it's unusual for them to be the same.  Why
19  is that?
20   A   Because the different tests test different items.  You
21  often don't get convergence on four different tests.  And in
22  this case, his posttraumatic stress disorder is so severe
23  that it tapped all the indexes on all four tests.
24   Q   Can you explain the factors that resulted in this
25  posttraumatic stress disorder?
```

1  A    In order to have posttraumatic stress disorder you
2 must be -- have experienced a trauma that was outside the
3 realm of normal human experience.  And in this case,
4 Mr. Beyel experienced significant physical and psychological
5 abuse by his father beginning at a very young age.  This
6 included being beaten with a belt or a shoe or anything his
7 father had available.  He said that he was terrified when
8 his father came back into town from a trip because he
9 immediately found out what he had done wrong and then beat
10 him to the degree that there were physical marks.  There
11 were times when he wasn't able to go to school because there
12 were marks present.  He said that he was constantly
13 humiliated and criticized by his father.  For example, his
14 father walked in one time when he was being sexually abused
15 by another boy in the neighborhood and he said until last
16 year, which was from the age of 8 until approximately 28,
17 his father humiliated him by telling him he was a fag or a
18 homo.  He said that his father repeatedly screamed and
19 yelled at him, told him he was worthless and dumb.  He said
20 he never knew what to expect.  Not only did Mr. Beyel
21 experience abuse as a child, but he was exposed to other
22 significant traumas.
23  Q    Did his father also make him fight with other boys for
24 money?
25  A    He did.  He made him fight with other boys to obtain

1  money.  If he lost, his father ridiculed him, hit him, and
2  made him where pink gloves to signify that he was basically
3  a girl.
4      He exposed -- he has experienced multiple trauma and
5  with each trauma in someone who has posttraumatic stress
6  disorder it exacerbates the symptoms.
7      He was in a crane accident where one of his employees
8  had his fingers cut off and Mr. Beyel was almost crushed.
9  He was robbed at gun point and at knife point.  And he was
10 also experienced to an explosion in his home at the age of
11 8.  And he's never had treatment for any of these traumas so
12 that the symptoms multiplied.  By the time he was 6 he was
13 experiencing night terrors.  By the time he was 11 he was
14 sleeping walking.  And these are significant signs of trauma
15 in a child.
16     He reported that he still has nightmares to the present
17 day about the things that his father did to him and about
18 some of the accidents that he was involved in.
19  Q    And what about the sexual abuse?
20  A    The sexual abuse began when he was approximately eight
21 and it occurred by another boy in the neighborhood and it
22 went on for several years.  And he said that he was never
23 able to tell his parents about it because he didn't feel
24 that he could talk to his father, especially because of the
25 abuse.  So this was a trauma that he experienced that has

1  been unresolved to the present day.
2   Q    And what other trauma?
3   A    The most significant trauma in his view was having his
4  daughter die in his arms of leukemia.  And although this was
5  the most significant to him, in my view the trauma that had
6  the most impact on his long term function was abuse by his
7  father.
8   Q    And was there an error in your report about when he
9  was actually off work?
10  A    Yes.  In my report I indicated that he wasn't able to
11 work for a year and a half after the -- his daughter died,
12 but that was inaccurate.  He wasn't able to work for a year
13 and a half while his daughter was receiving treatment.  In
14 fact, his father made him go back to work three weeks after
15 his daughter died.  He felt unable to do that.  And that's
16 when his substance abuse escalated to cope with the symptoms
17 of his trauma and his significant depression.
18  Q    And what type of substance abuse did he become
19 involved in?
20  A    He became involved in using methamphetamine for a
21 short period and then he gradually through trial and error
22 found that narcotic pain medication medicated the
23 psychological pain that he was experiencing.  And that
24 combination of trauma, substance abuse led to impaired
25 judgment that placed him in a situation where he was able to

1  have sex with a minor.
2  Q    What is your professional diagnosis of Mr. Beyel?
3  A    Mr. Beyel has posttraumatic stress disorder.  He has a
4  major depression recurrent and he also has -- I gave him a
5  provisional diagnosis of bipolar disorder.  I believe that
6  he's got that.  I just don't have all the information I need
7  to formally diagnose him with that.  But he did develop --
8  indicate and the testing indicated significant symptomology
9  that would be consistent with that.  And again, bipolar
10 disorder also leads to an impairment in judgment and it's
11 never been recognized and he's never been treated for any of
12 these disorders that he has.
13 Q    Do you have an opinion as to whether or not these
14 disorders you described contributed to the commission of the
15 present offense?
16 A    Absolutely I believe they impaired his judgment to the
17 degree that he engaged in an act that he knew was wrong.
18 Q    What's your prognosis -- first of all, what was your
19 suggested treatment?  Is he amenable to treatment?
20 A    He's definitely amenable to treatment.  He was open
21 and forthright on all of the testing.  They all have
22 validity indicators which tell me if he's trying to fake
23 being more disturbed than he is in order to get some
24 secondary gain, and he did not elevate any of those
25 indicators.  He's treatable.  In fact he indicated to me

1 that he had asked for treatment before, he just never got
2 it.  His parents didn't think that he really needed it.
3     And so the posttraumatic stress disorder there's a very
4 specialized treatment that can ameliorate that disorder.
5 The depression and the bipolar disorder is treated with
6 therapy and medication.  And since he was very open on the
7 testing, the testing also indicated that he was quite
8 amenable to treatment.
9  Q    What would be your prognosis if he followed this
10 course of treatment?
11  A    I believe that he can make a full recovery in the
12 future.  Obviously there are times when another trauma might
13 precipitate some symptoms, but they typically learn
14 strategies in the therapy.  And if another trauma occurs,
15 then they typically only need a short period of therapy to
16 reestablish the previous treatment and to help them cope
17 with that trauma.
18  Q    Based upon your professional experience, do you have
19 an opinion as to whether or not receiving treatment
20 Mr. Beyel will pose a risk of reoffending?
21  A    I do not believe he does.  In general, child
22 pornography offenders with the characteristics that
23 Mr. Beyel has are very low risk to reoffend.
24  Q    And I believe you indicated that -- how long will this
25 course of treatment take, do you know?

```
 1   A    Since he experienced such significant trauma, I am
 2  estimating that it would take approximately thee years for
 3  his symptoms to resolve.  The depression and the bipolar
 4  disorder, it would probably take about a couple of months to
 5  six months to get him regulated on medication for those
 6  disorders.  But because of the severity of his trauma, that
 7  would take a while longer and I would estimate that it would
 8  take about three years to fully cope with that.
 9           MR. JANCHA:  Can I have one moment, Your Honor?
10           THE COURT:  Yes.
11           MR. JANCHA:  No further questions, Your Honor.
12           THE COURT:  Mr. Perez?
13                     CROSS EXAMINATION
14  BY MR. PEREZ:
15   Q    Good morning, doctor.
16   A    Good morning.
17   Q    Doctor, you stated that the most significant event
18  affecting Mr. Beyel is the relation that he had with his
19  father, the time of his post traumatic stress syndrome.
20   A    That's correct.
21   Q    That event tabulation is even bigger than Mr. Beyel
22  losing his daughter to leukemia when she was about eight or
23  nine years old.
24   A    Mr. Beyel said that the most significant event to him
25  was losing his daughter, as anyone who lost a child would
```

1  say.  In my view because of the abuse by his father the
2  posttraumatic stress disorder started long before that.
3  Q    Right.  So now let's talk about the abuse by his
4  father.  When there is a relation to the extent that you
5  described that Mr. Beyel had with his father usually there
6  is no communication between the father and the son.  Is that
7  correct?
8  A    No.  In a situation where an individual is abused by a
9  family member it's usually in the context of the family, and
10 there's often good communication.
11 Q    To the extent that they communicated on a daily basis?
12 A    Correct.
13 Q    Okay.  Now, you also said that Mr. Beyel in a child
14 pornography setting, he's amenable to treatment.
15 A    That's correct.
16 Q    But in this case, doctor, we're not talking about the
17 typical child pornography case.
18 A    We're not.
19 Q    And why is that, doctor?  Why is that we're not
20 talking about the typical child pornography case?
21 A    In some of my child pornography cases I do have a
22 contact victim.
23 Q    Where?  Where do you have a contact victim?
24 A    In what regard?
25 Q    In this case?

```
 1   A    In this case we have a contact victim and I do have
 2  that in some subset of my child pornography cases.
 3   Q    Correct.  So in this case what we have is a contact
 4  offense meaning the sexual assault by Mr. Beyel of a victim?
 5   A    That's correct.
 6   Q    And in the process of sexually abusing that child
 7  Mr. Beyel took and made a movie of that abuse, correct?
 8   A    That's correct.
 9   Q    Okay.  Now, can you tell me, doctor, since you are an
10  expert in the treatment of sexual offenders, what is the
11  definition according to the DSM-IV of a pedophile?
12   A    A pedophile is someone who has recurrent intent
13  sexually arousing fantasies, urges or behaviors involving
14  sexual activity with a prepubescent child typically under
15  the age of 13.
16   Q    Okay.  And do you know, doctor, that the first time
17  that Mr. Beyel engaged in sex with the victim she was 12
18  years old?
19   A    I do know that, yes.
20   Q    Okay.  And do you know, doctor, that when the victim
21  was 11 year old Mr. Beyel asked the victim to take pictures
22  of herself naked in sexually explicit poses?  Are you aware
23  of that?
24   A    I am aware of that.
25   Q    Okay.  And do you know, doctor, that the last time
```

```
 1  that Mr. Beyel engaged in sex with the victim she was 13
 2  years old?
 3  A    I do know that.
 4  Q    And do you know, doctor, that they had sex on at least
 5  three occasions?
 6  A    I do.
 7  Q    And do you know, doctor, that he asked the victim to
 8  take at least on 15 different occasions images of herself
 9  posing in sexually explicit poses?
10  A    Yes, I do.  I'm not minimizing the harm to the victim
11  in any way.
12  Q    So we're talking about a pedophile.  So we have a
13  conduct here which is in time of at least two years.
14  A    I did not --
15  Q    Yes or no?
16            MR. JANCHA:  Your Honor, we would ask the witness
17  be allowed to answer the question.
18            THE COURT:  Mr. Perez, let the witness answer the
19  question.
20            MR. PEREZ:  Yes, Your Honor.
21            THE WITNESS:  I did not diagnose Mr. Beyel with
22  pedophilia.  Not every one who molests a child has
23  pedophilia.  Although he definitely had a sexual interest
24  in this child and there were some images of other child
25  (sic), I didn't believe that the -- that his disorder rose
```

```
 1   to the degree of pedophilia.  And I have been working with
 2   pedophiles for 24 years.
 3  BY MR. PEREZ:
 4   Q    So you also acknowledge that Mr. Beyel possessed other
 5  images of child pornography.
 6   A    That's correct.
 7   Q    Okay.  Now, you also define Mr. Beyel as being
 8  hypersexual.
 9   A    I did.  That was --
10   Q    Could you please define that for me?
11   A    Yes.  Hypersexual is someone who uses sex as a coping
12  mechanism.  What we see in people who have posttraumatic
13  stress disorder and often in people with bipolar disorder is
14  that they engage in what we call tension reduction
15  behaviors.  They do anything that they can to medicate the
16  pain that they're experiencing, and obviously sex is an
17  activity that provides a brief respite of, brief feeling of
18  well-being, and so often they become hypersexual in those --
19  at those times in order to cope and medicate the symptoms
20  that they're experiencing.
21   Q    So are you suggesting, doctor, that Mr. Beyel
22  medicated himself by having sex with a minor victim?
23   A    That's exactly what I'm saying.
24   Q    All right.  Now, in your report also you say that
25  according to Mr. Beyel, the minor victim came on to him.
```

```
 1  That's what he told you.
 2   A    That's what he told me.
 3   Q    And according to what he told you he tried to convince
 4  her not to engage in sexual activity with him.
 5   A    That's what he said.
 6   Q    Okay.  But yet, doctor, you say that he's hypersexual
 7  and as a coping mechanism he engaged in sex with a minor.
 8   A    That's true.
 9   Q    Thank you.
10            THE COURT:  Anything further, Mr. Jancha?
11            MR. JANCHA:  Yes.
12  BY MR. JANCHA:
13   Q    Doctor, would you like to explain your last answer to
14  Mr. Perez about the hypersexual activity and the additional
15  attempts to avoid the sexual activity?
16   A    Yes.  When an individual's hypersexual it -- they use
17  sex as a coping mechanism to medicate other bad feelings.
18  He definitely had some features of hypersexuality because
19  that's the only thing that he has learned other than drugs
20  that medicated those bad feelings.
21       Can you state that question?  I just lost my train of
22  thought.
23   Q    Yeah.  The question was about if he was hypersexual
24  how did he resist these initial approaches -- what he
25  perceived as initial approach.
```

1  A    Yes.  Just the fact that he's hypersexual doesn't mean
2 that he has a total lack of control over his impulses.  He
3 does have control over his impulses, to some degree.  His
4 judgment was impaired.  That's different than having control
5 over his impulses.  And so he did engage in sex with a minor
6 which he said he has always known was wrong.  However, this
7 was a part of his coping and impaired judgment related to
8 the posttraumatic stress disorder and substance abuse.
9           MR. JANCHA:  Nothing further.
10          THE COURT:  Anything further?
11          MR. PEREZ:  Nothing further, Your Honor.  Thank
12 you.

```
 1                    C E R T I F I C A T E
 2          I certify that the foregoing is a correct
 3   transcript from the record of proceedings in the
 4   above-entitled matter.
 5
 6   s\Sandra K. Tremel              July 16, 2014
```